**IT IS ORDERED as set forth below:**



**Date: July 7, 2014**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| King Charles Coleman, | ) | CASE NO. 13-72214 |
| Shamika Donteshia Coleman, | ) | |
| | ) | |
| Debtors. | ) | Judge MULLINS |

-----------------------------------------------------------------------------------------------------------

**CONSENT ORDER ON DEBTORS' MOTION TO RETAIN TAX REFUND**

Debtors filed a "Motion to Retain Tax Refund" on March 17, 2014 (Doc. No. 32), which came before the court on June 3, 2014. At the call of the calendar, counsel for the Debtors and counsel for the Chapter 13 Trustee appeared. No other party appeared in opposition and no responses were timely filed. Based on review of the record and pleadings, and for good cause shown, it is HEREBY

**ORDERED** that Debtors' "Motion to Retain Tax Refund" is **GRANTED:** Debtor is allowed to retain their 2013 tax refund in the sum of $5,000.00 so that they may pay for unexpected expenses as outlined in the motion.

**FURTHER ORDER** that the Debtor is to remit the remaining balance of $4535.00 to the Trustee.

**[END OF DOCUMENT]**

PRESENTED BY:

Craig Cooper      /s/
Craig Cooper
GA Bar No. 941033
Robert J. Semrad & Associates
101 Marietta Street NW
Suite 3600
Atlanta, GA 30303
678-668-7160


CONSENTED BY:

Julie Anania  /s/
Julie Anania
Bar No.: 477064
Attorney for Chapter 13 Trustee
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303

**Distribution List**

**Nancy J. Whaley** (ECF)
Chapter 13 Trustee
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

**King Charles Coleman**
**Shamika Donteshia Coleman**
9517 Fairdale Avenue
Jones, GA 30238

**Craig Cooper**
Robert J. Semrad and Associates, LLC
101 Marietta Street, 3600
Atlanta, GA 30303

*[See attached Creditors Matrix]*

| | | |
|---|---|---|
| Amsher Collection Servive | Georgia Department of Revenue | Kay |
| 600 Beacon Pkwy W Ste 30 | Bankruptcy Unit | 375 Ghent Rd. |
| Birmingham, AL 35209 | 1800 Century Blvd. Suite 17200 | Akron, OH 44333-2668 |
| | Atlanta, GA 30345-3205 | |
| Bk Of Amer | | North Amercn |
| 450 American St | Gm Financial | 2810 Walker Rd |
| Simi Valley, CA 93065 | Po Box 181145 | Chattanooga, TN 37421 |
| | Arlington, TX 76096 | |
| Central Finl Control | | Ntl Crdt Sys |
| Po Box 66044 | Gmac | 117 E 24th St 5th Floor |
| Anaheim, CA 92816 | P.O. Box 380901 | New York, NY 10010 |
| | Bloomington, MN 55438 | |
| Crawford Long Hospital | | Santander Consumer Usa |
| 550 W Peachtree St NW | Hsbc Auto | Po Box 961245 |
| Atlanta, GA 30308 | 6602 Convoy Court | Ft Worth, TX 76161 |
| | San Diego, CA 92111 | |
| Department of Justice, Tax Div | | Special Assistant U.S. Attorne |
| Civil Trial Section, Southern | Internal Revenue Service | 401 W. Peachtree Street, NW |
| PO Box 14198; Ben Franklin Sta | P.O. Box 7346 | STOP 1000-D, Suite 600 |
| Washington, DC 20044 | Philadelphia, PA 19101 | Atlanta, GA 30308 |
| Dept Of Education/Neln | Internal Revenue Service | Stellar Rec |
| 121 S 13th St | 401 W Peachtree St. NW | 1327 Highway 2 Wes Ste 100 |
| Lincoln, NE 68508 | Stop 334-D | Kalispell, MT 59901 |
| | Atlanta, GA 30308 | |
| | | Stern & Associates |
| | | 415 N Edgeworth St Ste 2 |
| | | Greensboro, NC 27401 |

Take Care Health Georgia

16756 Collections Ctr Dr

Chicago, IL 60693


Tara Properties

3079 JODECO ROAD

McDonough, GA 30253


Tdw Credit

6520 Indian River Rd

Virginia Beach, VA 23464-3439


United States Attorney's Offic

75 Spring Street, S.W.

Suite 600 U.S. Courthouse

Atlanta, GA 30303-3309